# UNITED STATES DISTRICT COURT
# DISTRICT OF DELAWARE

| | |
|---|---|
| TONGBO HUANG, Derivatively on Behalf of Nominal Defendant ROOT, INC.,<br><br>Plaintiff,<br><br>v.<br><br>ALEXANDER TIMM, DANIEL ROSENTHAL, JERRI DEVARD, ELLIOT GEIDT, LARRY HILSHEIMER, NANCY KRAMER, SCOTT MAW, NICK SHALEK, DOUG ULMAN, LUIS VON AHN, CHRISTOPHER OLSON, and MEGAN BINKLEY,<br><br>Defendants,<br><br>and<br><br>ROOT, INC.,<br><br>Nominal Defendant. | Civil Action No.: 1:22-cv-00865-MN |

## REQUEST AND ORDER FOR VOLUNTARY DISMISSAL PURSUANT TO FED. R. CIV. 23.1 AND 41(a)(2)

Plaintiff Tongbo Huang ("Plaintiff"), by and through his undersigned counsel, hereby requests voluntary dismissal of the above-captioned shareholder derivative (the "Action") brought on behalf of the Nominal Defendant Root, Inc. ("Root") against Defendants Alexander Timm, Daniel Rosenthal, Jerri DeVard, Elliot Geidt, Larry Hilsheimer, Nancy Kramer, Scott Maw, Nick Shalek, Doug Ulman, Luis Von Ahn, Christopher Olson, and Megan Binkley (collectively, with Nominal Defendant Root, "Defendants"), pursuant to Rules 23.1 and 41(a)(2) of the Federal Rules of Civil Procedure.

Defendants have served neither an answer nor a motion for summary judgment in the Action, and neither Plaintiff nor his counsel have received or been promised any consideration in exchange for the dismissal. Plaintiff respectfully submits that notice to the Root shareholders pursuant to Fed. R. Civ. P. 23.1(c) is not necessary because the related securities action *Kolominsky v. Root, Inc. et al.*, Case No. 2:21-cv-01197 (S.D. Ohio) (the "Securities Action"), which asserted claims that formed the basis of the claims asserted in the Action, was dismissed by the United States for the Southern District of Ohio on March 31, 2023. *See Id.*, D.I. 64-65. On appeal, the United States Court of Appeals for the Sixth Circuit affirmed dismissal of the Securities Action on April 29, 2024. *Id.*, D.I. 68-69.

Accordingly, Plaintiff respectfully requests that: (i) the Action be voluntarily dismissed with prejudice pursuant to Rules 23.1 and 41(a)(2) of the Fed. R. Civ. P.; and (ii) that Plaintiff be relieved of the notice requirement under Fed. R. Civ. P. 23.1(c).

Dated: June 7, 2024                                           **RIGRODSKY LAW, P.A.**

*/s/ Seth D. Rigrodsky*
Seth D. Rigrodsky (#3147)
Gina M. Serra (#5387)
Herbert W. Mondros (#3308)
300 Delaware Avenue, Suite 210
Wilmington, Delaware 19801
Telephone: (302) 295-5310
Email: sdr@rl-legal.com
Email: gms@rl-legal.com
Email: hwm@rl-legal.com

*Counsel for Plaintiff Tongbo Huang*

**SO ORDERED** this 7th day of June 2024.

_____
The Honorable Maryellen Noreika
United States District Judge